UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-3135 (L); 15-3151 (XAP)

**Caption [use short title]**

**Motion for:** Extension of Time to Oppose Plaintiffs' Motion to Recall Mandate.

Set forth below precise, complete statement of relief sought:

The Appellees seek to extend the time to respond to Plaintiffs' Motion to Recall Mandate.

Sokolow v. Palestine Liberation Organization

**MOVING PARTY:** Palestine Liberation Organization, et al.
**OPPOSING PARTY:** Mark I. Sokolow, et al.

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Gassan A. Baloul
**OPPOSING ATTORNEY:** Kent A. Yalowitz

[name of attorney, with firm, address, phone number and e-mail]

Squire Patton Boggs (US) LLP
2550 M St. NW, Washington DC 20037
202-457-6155; gassan.baloul@squirepb.com

Arnold & Porter
250 W. 55th St., NY NY 10019
212-836-8344; Kent.Yalowitz@arnoldporter.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. (Daniels, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: Held Apr. 12, 2016 (Leval & Droney, C.JJ., Koeltl, D.J.)

**Signature of Moving Attorney:**
/s/ Gassan A. Baloul    **Date:** 10/10/2018    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

Mark I. Sokolow, *et al.*,           )
                                      )
    *Plaintiffs-Appellants,*          )
                                      )
v.                                    ) Nos. 15-3135 (L);
                                      ) 15-3151 (XAP)
                                      )
Palestinian Liberation Organization, *et al.*, )
                                      )
    *Defendants-Appellees.*          )
                                      )
_____  )

**APPELLEES' MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO RECALL MANDATE**

Pursuant to Local Rule 27.1, Defendants the Palestinian Authority and the Palestine Liberation Organization move for a 14-day extension from October 18, 2018 to and including November 1, 2018, of the deadline to respond to Plaintiffs' October 8, 2018 Motion to Recall Mandate (Doc. 255) ("Plaintiffs' Motion"). Defendants require additional time in order to respond comprehensively to Plaintiffs' 19-page, 5,073-word Motion. Plaintiffs consent to this extension.

There is good cause to grant this extension. Plaintiffs' Motion is not an ordinary procedural request that might be fit for response within the 10-day period allowed by Federal Rule of Appellate Procedure 27. Instead, Plaintiffs seek to restore a $655.5 million judgment in their favor (*see* Plaintiffs' Motion at, *e.g.*, 13-

1

14), which this Court vacated and remanded for dismissal in *Waldman v. PLO*, 835 F.3d 317 (2d Cir. 2016).

Plaintiffs' Motion seeks to recall the nearly two-year old mandate in *Waldman*, which issued after this Court unanimously denied Plaintiffs' request for rehearing *en banc* and separately denied Plaintiffs' request to stay the mandate pending their petition for certiorari. *See* Order Denying Mot. to Stay Mandate (Doc. 247) (Nov. 28, 2016); Judgment (Doc. 248) (Nov. 28, 2016); Order Denying Pet. for Rehearing en banc (Doc. 233) (Oct. 19, 2016). The Supreme Court denied certiorari on April 2, 2018, in line with the views of the Solicitor General. *Sokolow v. PLO*, 138 S. Ct. 1438 (2018) (denial of certiorari); Br. for the United States as Amicus Curiae, *Sokolow v. PLO*, No. 16-1071 (U.S. Feb. 22, 2018).

Defendants accordingly seek an additional 14 days to submit their response to Plaintiffs' Motion, through and including November 1, 2018.

Dated: October 10, 2018  Respectfully submitted,

/s/ Gassan A. Baloul
Gassan A. Baloul
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6155
Facsimile: 202-457-6315
gassan.baloul@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018 the foregoing document was filed with the Clerk of the Court and served on all counsel of record via the Court's CM/ECF system.

                                          /s/ Gassan A. Baloul
                                          Gassan A. Baloul

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that the foregoing document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains 292 words. This word count was made by use of the word count feature of Microsoft Word, which is the word-processing program used to prepare the document.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. App. P. 32(a)(6): This document has been prepared in proportional spaced typeface using 14-point Times New Roman typeface in Microsoft Word. As permitted by Fed. R. App. P. 32(a)(7)(g), the undersigned has relied on the word count of this word-processing system in preparing this certificate.

/s/ Gassan A. Baloul  
Gassan A. Baloul